IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PEARCE BREWINGTON YOST, :
    Plaintiff : No. 3:16-CV-1444
:
v. : (Judge Nealon)
:
NANCY A. BERRYHILL, : (Magistrate Judge Arbuckle)
Acting Commissioner of Social Security, :
    Defendant :

**ORDER**

**AND NOW, THIS 30TH DAY OF SEPTEMBER, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 16), is **ADOPTED**;

2. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **DENIED**;

3. The Commissioner's decision denying Plaintiff Pearce Brewington Yost disability insurance benefits and supplemental security income is **AFFIRMED**;

4. Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

5. The Clerk of Court is directed to **CLOSE** this case.

                                                 **/s/ William J. Nealon**
                                               **United States District Judge**